ENZO DER BOGHOSSIAN (SBN 211351)
ederboghossian@proskauer.com
JEREMY M. MITTMAN (SBN 248854)
jmittman@proskauer.com
NATALIE A. RAINFORTH (SBN 259379)
nrainforth@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Tel: (310) 557-2900; Fax: (310) 557-2193

Attorneys for Defendants,
APOGEN TECHNOLOGIES, INC. and
QINETIQ NORTH AMERICA, INC.

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
lonnieblanchard@gmail.com
3311 East Pico Boulevard
Los Angeles, CA 90023
Tel: (213) 599-8255; Fax: (213) 402-3949

PETER R. DION-KINDEM (SBN 95267)
PETER R. DION-KINDEM, P.C.
Peter@Dion-Kindemlaw.com
21550 Oxnard Street, Suite 900
Woodland Hills, California, 91367
Tel: (818) 893-4900; Fax: (818) 883-4902

Attorneys for Plaintiff, MICHAEL IVEY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL IVEY, | Case No. 11 CV 0366-DMS-KSC |
| Plaintiff, | Hon. Dana M. Sabraw |
| vs. | **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |
| APOGEN TECHNOLOGIES, INC., QINETIQ NORTH AMERICA OPERATIONS, LLC; QINETIQ NORTH AMERICA, INC., AND DOES 1-100, | Complaint Filed (SDSC): Jan. 10, 2011 |
| | SAC Filed: Aug. 29, 2011 |
| Defendants. | |

Upon the stipulation of the parties, and for good cause appearing therefor, the above-captioned action is hereby dismissed with prejudice, in its entirety as to each and every defendant and claim for relief stated therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney's fees.

DATED: 4-25-13

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE