1  ENZO DER BOGHOSSIAN (SBN 211351)
   ederboghossian@proskauer.com
2  JEREMY M. MITTMAN (SBN 248854)
   jmittman@proskauer.com
3  NATALIE A. RAINFORTH (SBN 259379)
   nrainforth@proskauer.com
4  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
5  Los Angeles, CA 90067-3206
   Tel: (310) 557-2900; Fax: (310) 557-2193
6
   Attorneys for Defendants,
7  APOGEN TECHNOLOGIES, INC. and
   QINETIQ NORTH AMERICA, INC.
8
   LONNIE C. BLANCHARD, III (SBN 93530)
9  THE BLANCHARD LAW GROUP, APC
   lonnieblanchard@gmail.com
10 3311 East Pico Boulevard
   Los Angeles, CA 90023
11 Tel: (213) 599-8255; Fax: (213) 402-3949

12 PETER R. DION-KINDEM (SBN 95267)
   PETER R. DION-KINDEM, P.C.
13 Peter@Dion-Kindemlaw.com
   21550 Oxnard Street, Suite 900
14 Woodland Hills, California, 91367
   Tel: (818) 893-4900; Fax: (818) 883-4902
15
   Attorneys for Plaintiff, MICHAEL IVEY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL IVEY, | Case No. 11 CV 0366-DMS-KSC |
| Plaintiff, | Hon. Dana M. Sabraw |
| vs. | **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |
| APOGEN TECHNOLOGIES, INC., QINETIQ NORTH AMERICA OPERATIONS, LLC; QINETIQ NORTH AMERICA, INC., AND DOES 1-100, | Complaint Filed (SDSC): Jan. 10, 2011 |
| | SAC Filed: Aug. 29, 2011 |
| Defendants. | |

1
2
3      Upon the stipulation of the parties, and for good cause appearing
4  therefor, the above-captioned action is hereby dismissed with prejudice, in its
5  entirety as to each and every defendant and claim for relief stated therein, pursuant
6  to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own
7  costs and attorney's fees.
8
9
10
11  DATED:   4-25-13
12
13                                       _____
                                         HONORABLE DANA M. SABRAW
                                         UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28